IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL JOHNSTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-06079-BCW |
| ) | |
| ADIENT US LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Michael Johnston and Defendant Adient US, LLC, hereby stipulate to the dismissal, with prejudice, of all claims asserted in the above-captioned matter, with each Party to bear his/its own costs and attorneys' fees.

Respectfully Submitted:

| | |
|---|---|
| /s/ *Kevin Baldwin* | /s/ *Timothy A. Hilton* |
| Kevin Baldwin    MO Bar #49101 | Timothy A. Hilton   MO Bar #61622 |
| Eric Vernon       MO Bar #47007 | Jessica L. Barrano  MO Bar #71777 |
| Sylvia Hernandez MO Bar #70670 | Husch Blackwell LLP |
| 108 S. Pleasant St. | 4801 Main Street, Suite 1000 |
| Independence, Missouri 64050 | Kansas City, Missouri 64112 |
| Telephone: (816) 842-1102 | Telephone: (816) 983-8000 |
| Facsimile: (816) 842-1104 | Facsimile: (816) 983-8000 |
| kevin@bvalaw.net | Tim.hilton@huschblackwell.com |
| eric@bvalaw.net | Jessica.barranco@huschblackwell.com |
| sylvia@bvalaw.net | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded this 9th day of September, 2021, via the Court's Electronic Filing System to:

Timothy A. Hilton   MO Bar #61622
Jessica L. Barrano  MO Bar #71777
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8000
Tim.hilton@huschblackwell.com
Jessica.barranco@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

    /s/ Kevin Baldwin
**ATTORNEY FOR PLAINTIFF**